No. 100, Misc. FORTUNE *v.* VERDEL. March 25, 1946. The motion for leave to file a petition for writ of habeas corpus is denied.

No. 101, Misc. MORSE *v.* DIVISION OF CORRECTION OF THE DEPARTMENT OF PUBLIC SAFETY OF ILLINOIS. March 25, 1946. The motion for leave to file a petition for writ of mandamus is denied.

No. 102, Misc. VANDERWATER *v.* CITY NATIONAL BANK, EXECUTOR; and
No. 103, Misc. IN RE BRUBAKER. March 25, 1946. The applications are denied.

No. 577. BROWN *v.* MAYO, STATE PRISON CUSTODIAN. March 25, 1946. The petition for writ of certiorari to the Supreme Court of Florida and the motion for leave to file a petition for writ of habeas corpus are dismissed, it appearing that the petitioner is no longer in the custody of the respondent.

No. 728. CONGRESS OF INDUSTRIAL ORGANIZATIONS ET AL. *v.* WATSON, ATTORNEY GENERAL, ET AL.

April 1, 1946. *Per Curiam:* The decree is reversed and the cause is remanded to the District Court for further proceedings in conformity to the opinion of this Court in *American Federation of Labor* v. *Watson,* 327 U. S. 582. *Lee Pressman, Frank Donner* and *Ernest Goodman* for appellants.